| | |
|---|---|
| Stephen M. Doniger (SBN 179314)<br>stephen@donigerlawfirm.com<br>Benjamin F. Tookey (SBN 330508)<br>btookey@donigerlawfirm.com<br>DONIGER / BURROUGHS<br><br>603 Rose Avenue<br>Venice, California 90291<br>Telephone: (310) 590-1820 | Joseph Petersen (SBN 304597)<br>KILPATRICK TOWNSEND &<br>STOCKTON LLP<br>1080 Marsh Road<br>Menlo Park, California 94025<br>Telephone: (650) 614-6427<br>Facsimile: (650) 326-2422<br>jpetersen@kilpatricktownsend.com<br><br>Olivia Poppens (SBN 328359)<br>KILPATRICK TOWNSEND &<br>STOCKTON LLP<br>1801 Century Park East, Suite 2300<br>Los Angeles, California 90067<br>Telephone: (310) 777-3729<br>Facsimile: (310) 734-1643<br>opoppens@kilpatricktownsend.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Meta Platforms, Inc.* |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexander Stross,<br><br>               Plaintiff,<br><br>vs.<br><br>Meta Platforms, Inc., et al.,<br><br>               Defendants. | Case No.: 2:21-cv-08023-MCS-AS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT META PLATFORMS, INC.**<br><br>Courtroom:    7C, 7th Floor<br>Judge:              Hon. Mark C. Scarsi |

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT META PLATFORMS, INC.

Page 1 of 1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Alexander Stross and Defendant Meta Platforms, Inc. ("Meta") stipulate to dismissal with prejudice of Plaintiff's claims in this action as to Meta.

Respectfully submitted,

Dated: August 22, 2022     By: */s/ Stephen M. Doniger*
                               Stephen M. Doniger, Esq.
                               Benjamin F. Tookey, Esq.
                               *Attorneys for Plaintiff*

Dated: August 22, 2022     By: */s/ Joseph Petersen*
                               Joseph Petersen, Esq.
                               Olivia Poppens, Esq.
                               *Attorney for Defendant Meta Platforms, Inc.*

Pursuant to Civil L.R. 54-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.